**Tese & Milner**
**Attorneys for Angela Tese-Milner, Chapter 7 Trustee**
**One Minetta Lane**
**New York, New York 10012**
**(212) 475-3673**

**Attorneys for the Chapter 7 Trustee**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
In re:

   OPERATIONS NY, LLC                          Chapter 7 Case
                                                    Case No. 10-13446 (SMB)

                          Debtor.
———————————————————————X

## AFFIRMATION OF UNCASHED DIVIDENDS

       Angela Tese-Milner, Chapter 7 Trustee of the estate of Operations NY, LLC, certifies that on or about 07//15/2016 she mailed out the following checks:

| Number | Payee | Address | Amount |
|---|---|---|---|
| 112 | Marzotta SPA | Attn: Alesandra Sartor<br>Chief Financial Officer<br>Via Turait 16/18 20121<br>Milano (MI) Italy | 4,903.85 |
| 113 | Inter Colours Inc. | D/B/A Zen Tex<br>25 Hutcheson Place<br>Lynbrook, NY 11563 | 1,214.13 |
| 114 | Pin Hu<br>Ping Fashions Inc.) | 270 West 39th Street<br>Room 603<br>New York, New York 10018 | 6,965.29 |
|  | Total |  | $13,083.27 |

and that said checks remain uncashed, and that on or about 11/16/16 she requested a stop payment of said checks, which was successful.

       The Trustee hereby submits checks in the aggregate amount of $13,083.27 to the Clerk of the U.S. Bankruptcy Court, S.D.N.Y.

                                         **Tese & Milner**
                                          **Attorneys for Chapter 7 Trustee**

Dated: New York, New York
     November 16, 2016                       / s/Angela Tese-Milner, Esq._____
                                            Angela Tese-Milner, Esq.

                                         **One Minetta Lane**
                                         **New York, New York 10012**
                                         **(212) 475-3673**